# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMAAL BLANDING | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 21-1115 |
| | : | |
| FEDERAL BUREAU OF PRISONS, *et al.* | : : | |

# ORDER

**AND NOW**, this 4th day of November 2021, upon considering the remaining Defendant Marler's Motion to dismiss (ECF Doc. No. 17), with no response, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF Doc. No. 17) is **GRANTED** without prejudice to Plaintiff filing an amended Complaint on or before **November 29, 2021** if he can state a claim for deliberate indifference consistent with the accompanying Memorandum.

_____
**KEARNEY, J.**